## WAIVER OF SERVICE OF PROCESS OF
## MOTION TO VACATE

Edward M. Gergosian of Gergosian & Gralewksi LLP (Plainitff's Counsel)

I, <u>Eugene Gulland on behalf of Kyocera Corporation</u>, acknowledge receipt of
(DEFENDANT'S NAME)

your request that I waive service of process in the action of <u>Notice of Motion and</u>
(CAPTION OF ACTION)

<u>Memorandum of Points and Authorities and Support of Motion to Vacate Arbitration</u>,

in the matter of *Anthony N. LaPine v. Kyocera Corporation*, in the United States District Court for the Northern District of California.

    I have received a copy of the Motion to Vacate in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of process and an additional copy of the Motion to Vacate in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure or Rule 9 U.S.C. § 12.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the service of the motion.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of the Federal Rules of Civil Procedure is not served upon you within 60 days after, <u>December 4, 2007</u>,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

<u>December 20, 2007</u>    <u>/s/ signature</u>
(DATE)    (SIGNATURE)

Printed/Typed Name: <u>Eugene D. Gulland</u>

As <u>Outside Counsel</u> of <u>Kyocera Corp.</u>
(TITLE)    (CORPORATE DEFENDANT)