SIMON J. FRANKEL (SBN 171552)
Covington & Burling LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-6000
Fax: (415) 591-6091
Email: sfrankel@cov.com

Attorneys for Defendant and Respondent
KYOCERA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. LA PINE,<br><br>    Plaintiff and Claimant,<br><br>    v.<br><br>KYOCERA CORPORATION,<br><br>    Defendant and Respondent. | Civil Case No.: C 07-06132 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

      Defendant and respondent Kyocera Corporation hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 15, 2008                    COVINGTON & BURLING LLP

                                             By:            /s/
                                                  Simon J. Frankel
                                             Attorney for Defendant and Respondent
                                             KYOCERA CORPORATION

*Of Counsel*
EUGENE D. GULLAND
DONALD J. RIDINGS, JR.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of COVINGTON & BURLING, and the the foregoing document, **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**, was served via U.S. Mail on February 15, 2008 to the address(es) shown below:

GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Brooke E. West
655 West Broadway, Suite 1410
San Diego, CA 92101
Tel: (619) 237-9500
Fax: (619) 237-9555

I further certify that I am familiar with the firm's practice of collection and processing documents for mailing; that in accordance therewith, I caused the above-named document to be deposited with the U.S. Postal Service at San Francisco, California, in a sealed envelope, with first class postage prepared on February 15, 2008.

/s/
LIZA HEIDER