1  SIMON J. FRANKEL (SBN 171552)
   Covington & Burling LLP
2  One Front Street, 35th Floor
   San Francisco, CA  94111
3  Tel: (415) 591-6000
   Fax: (415) 591-6091
4  Email: sfrankel@cov.com

5  Attorneys for Defendant and Respondent
   KYOCERA CORPORATION
6

7

8                      UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  ANTHONY N. LA PINE,                    Civil Case No.: C 07-06132 JL

12      Plaintiff and Claimant,            **KYOCERA CORPORATION'S
                                           CERTIFICATION OF INTERESTED
13      v.                                 ENTITIES OR PERSONS PURSUANT TO
                                           FEDERAL RULE OF CIVIL
14  KYOCERA CORPORATION,                   PROCEDURE 7.1 AND NORTHERN
                                           DISTRICT OF CALIFORNIA LOCAL
15      Defendant and Respondent.          RULE 3-16**

16

17

18          Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of

19  California 3-16, Defendant and Respondent Kyocera Corporation, through the undersigned

20  counsel, hereby certifies that it is a public corporation organized under the laws of Japan.  There

21  is no other parent corporation of Defendant, and no publicly-held corporation owns ten percent

22  (10%) or more of Defendant's stock.

23

24

25

26

27

28

_____
FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

1          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

2     than the named parties, there is no such interest to report.

3

4     Dated: February 15, 2008                    Respectfully submitted,

5

6                                                 COVINGTON & BURLING LLP

7                                                 By: _____/s/_____

8                                                         Simon J. Frankel
                                                  Attorney for Defendant and Respondent
9                                                 KYOCERA CORPORATION

10

11    *Of Counsel*
      EUGENE D. GULLAND
12    DONALD J. RIDINGS, JR.
      Covington & Burling LLP
13    1201 Pennsylvania Avenue, N.W.
      Washington, DC  20004-2401
14    Tel: (202) 662-6000
      Fax: (202) 662-6291
15

16

17

18

19

20

21

22

23

24

25

26

27

28

FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of COVINGTON & BURLING, and the foregoing

document, **FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

**OF DEFENDANT KYOCERA CORPORATIO**N, was served via U.S. Mail on February 15,

2008 to the address(es) shown below:

GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Brooke E. West
655 West Broadway, Suite 1410
San Diego, CA 92101
Tel: (619) 237-9500
Fax: (619) 237-9555

I further certify that I am familiar with the firm's practice of collection and processing

documents for mailing; that in accordance therewith, I caused the above-named document to be

deposited with the U.S. Postal Service at San Francisco, California, in a sealed envelope, with

first class postage prepared on February 15, 2008.


                                    /s/
                              LIZA HEIDER