Simon J. Frankel, SB # 171552
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091
sfrankel@cov.com

EUGENE D. GULLAND (*pro hac vice application pending*)
DONALD J. RIDINGS JR. (*pro hac vice application pending*)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

Attorneys for Defendant
KYOCERA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. LAPINE,<br><br>    Plaintiff,<br><br>    v.<br><br>KYOCERA CORPORATION,<br><br>    Defendant. | Civil Case No.:  3:07-cv-06132-MP<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE SINGLE CONSOLIDATED MEMORANDUM ADDRESSING TWO MOTIONS IN EXCESS OF 25 PAGES**<br><br>Hon. Marilyn H. Patel |

## ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM IN EXCESS OF 25 PAGES

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant/cross-movant Kyocera Corporation ("Kyocera") hereby moves pursuant to Local Rule 7-11 for an Order granting leave to file a single consolidated memorandum of points and authorities addressing two motions in excess of 25 pages, and states as follows:

1.     In 1990, plaintiff Anthony N. LaPine ("LaPine") commenced an international arbitration proceeding against defendant/cross-movant Kyocera Corporation before the International Court of Arbitration of the International Chamber of Commerce ("ICC"). In August 2007, an international arbitral tribunal issued a unanimous 31-page arbitral award dismissing with prejudice all of LaPine's claims (the "Award").

2.     LaPine moved to vacate the Award on December 4, 2007. LaPine's motion argues that the Award should be vacated on grounds identified in Chapter I of the Federal Arbitration Act, which governs domestic arbitral awards. (*See* 9 U.S.C. § 1 et seq.) Local Rules limit to 25 pages Kyocera's memorandum in opposition to LaPine's motion to vacate. (Civil L.R. 7-3(a).)

3.     Kyocera advised counsel for Mr. LaPine that Kyocera would file a cross-motion to confirm the Award. Kyocera's cross-motion, also filed today, seeks summary confirmation of the Award as provided (1) in the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "Convention") – an international treaty that supplies the standards governing review of international arbitral awards – and (2) in Chapter II of the Federal Arbitration Act, which provides Federal courts with jurisdiction to review international arbitral awards in accordance with the standards contained in the Convention. (*See* 9 U.S.C. § 201 et seq.) Local Rules limit Kyocera's memorandum in support of its cross-motion to confirm the Award to 25 pages. (Civil L.R. 7-2(b).)

4.     Kyocera's cross-motion to confirm the Award and LaPine's motion to vacate the same Award thus are integrally related to one another. Both motions seek review of

1  the Award as provided in the Federal Arbitration Act, albeit under different standards:
2  Kyocera's cross-motion seeks confirmation based on the standards that govern review of
3  international arbitral awards, while LaPine's motion focuses only on the standards that govern
4  review of domestic awards.  Because many of the issues presented in the two motions are
5  interrelated, the most efficient way for Kyocera to address them is in a single consolidated
6  memorandum of law addressing all issues raised in both motions.

7  　　　　5.    Civil L.R. 7-11 authorizes parties to seek administrative relief "with
8  respect to miscellaneous administrative matters" including "motions to exceed otherwise
9  applicable page limitations."

10  　　　　6.    For the reasons explained above, in lieu of filing two separate memoranda
11  of law – one in support of Kyocera's cross-motion to confirm, and the other in opposition to
12  LaPine's motion to vacate, each of 25 pages or less – Kyocera respectfully seeks leave pursuant
13  to Civil L.R. 7-11 to file a single consolidated memorandum, not to exceed 36 pages, addressing
14  both motions simultaneously.

15  　　　　7.     In accordance with Civil L.R. 7-11, Kyocera attaches the declaration of
16  Donald J. Ridings Jr. stating that Mr. LaPine's counsel declined to stipulate to a motion
17  authorizing Kyocera to file a consolidated brief in excess of 25 pages.

18

19  　　　　WHEREFORE, Kyocera respectfully requests that its Motion for Leave to file a
20  Consolidated Memorandum in excess of 25 pages be granted.

21
22
23
24
25
26
27
28

ADMINISTRATIVE MOTION FOR LEAVE TO FILE
CONSOLIDATED MEMORANDUM IN EXCESS OF 25
PAGES
　　　　2　　　　Civil Case No.:  C-07-06132-MP

1
2  DATED: February 29, 2008
3                                              Respectfully submitted,
4
5                                              _____/s/_____
   Simon J. Frankel, SB # 171552
6  COVINGTON & BURLING LLP
   One Front Street
7  San Francisco, CA 94111
   Telephone:    (415) 591-6000
8  Facsimile:    (415) 591-6091
   sfrankel@cov.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ADMINISTRATIVE MOTION FOR LEAVE TO FILE**            3            Civil Case No.:  C-07-06132-MP
**CONSOLIDATED MEMORANDUM IN EXCESS OF 25**
**PAGES**