Simon J. Frankel, SB # 171552
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
sfrankel@cov.com

EUGENE D. GULLAND (*pro hac vice application pending*)
DONALD J. RIDINGS JR. (*pro hac vice application pending*)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

Attorneys for Defendant
KYOCERA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. LAPINE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KYOCERA CORPORATION,<br><br>　　　　　Defendant. | Civil Case No.: 3:07-cv-06132-MP<br><br>**DECLARATION OF DONALD J. RIDINGS JR. IN SUPPORT OF KYOCERA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SINGLE CONSOLIDATED MEMORANDUM ADDRESSING TWO MOTIONS IN EXCESS OF 25 PAGES** |

I, DONALD J. RIDINGS JR., do hereby declare and say:

1. I am an attorney with the law firm of Covington & Burling LLP, counsel for defendant/cross-movant Kyocera Corporation in the above-captioned matter. My application for admission *pro hac vice* is pending before this Court.

2. I submit this declaration in support of Kyocera's Administrative Motion for Leave to File Single Consolidated Memorandum Addressing Two Motions in Excess of 25 Pages.

3. On December 4, 2007, plaintiff Anthony N. LaPine ("LaPine") moved to vacate an arbitral award issued in an arbitration proceeding between LaPine and Kyocera.

4. Kyocera advised Mr. LaPine's counsel that Kyocera would file a cross-motion to confirm that award, as provided under the Federal Arbitration Act.

5. The undersigned asked Mr. LaPine's counsel to consent that he had no objection to Kyocera's filing a single consolidated brief addressing both motions that exceeded the 25-page limit provided under Local Rules, so that Kyocera could file a stipulated administrative motion to that effect.

6. On February 26, 2008, counsel for Mr. LaPine advised that he would not so stipulate.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February, 2008 in New York, NY.

Donald J. Ridings Jr.

DECLARATION OF DONALD J. RIDINGS JR. IN SUPPORT OF KYOCERA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM IN EXCESS OF 25 PAGES

2

Civil Case No.: C-07-06132-MP