Simon J. Frankel, SB # 171552
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091
sfrankel@cov.com

EUGENE D. GULLAND (*pro hac vice application pending*)
DONALD J. RIDINGS JR. (*pro hac vice application pending*)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

Attorneys for Defendant
KYOCERA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. LAPINE,<br><br>             Plaintiff,<br><br>     v.<br><br>KYOCERA CORPORATION,<br><br>             Defendant. | Civil Case No.:  3:07-cv-06132-MP<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO FILE SINGLE CONSOLIDATED MEMORANDUM ADDRESSING TWO MOTIONS IN EXCESS OF 25 PAGES**<br><br>Hon. Marilyn H. Patel |

**[PROPOSED] ORDER**

Upon consideration of defendant/cross-movant Kyocera Corporation's Administrative Motion for Leave to File Single Consolidated Memorandum Addressing Two Motions in Excess of 25 Pages, any opposition thereto, and any reply, it is ORDERED that Kyocera's motion is GRANTED.  Kyocera is hereby granted leave to file a consolidated memorandum, not to exceed 36 pages, in support of its Cross-Motion to Confirm Arbitral Award and in opposition to plaintiff's December 4, 2007 Motion to Vacate Arbitral Award.

IT IS SO ORDERED.

_____     _____
United States District Judge                                   Date