Simon J. Frankel, SB # 171552
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
sfrankel@cov.com

EUGENE D. GULLAND (*pro hac vice application pending*)
DONALD J. RIDINGS JR. (*pro hac vice application pending*)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

Attorneys for Defendant
KYOCERA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. LAPINE,<br><br>     Plaintiff,<br><br>  v.<br><br>KYOCERA CORPORATION,<br><br>     Defendant. | Civil Case No.:  3:07-cv-06132-MP<br><br>**DECLARATION OF SHANNON M. NESTOR IN SUPPORT OF DEFENDANT KYOCERA CORPORATION'S CROSS-MOTION TO CONFIRM ARBITRAL AWARD AND OPPOSITION TO PLAINTIFF'S MOTION TO VACATE**<br><br>Date:  April 7, 2008<br>Time:  2:00 p.m.<br>Courtroom: 15<br><br>Hon. Marilyn H. Patel |

Declaration of Shannon M. Nestor in Support of
Kyocera's Cross-Motion to Confirm Arbitral
Award and Opposition to Plaintiff's Motion to
Vacate

Civil Case No.: C-07-06132-MP

I, SHANNON M. NESTOR, do hereby declare and say:

1. I am an associate in the law firm of Covington & Burling LLP and am licensed to practice law in the District of Columbia and the Commonwealth of Massachusetts. I submit this declaration in support of Kyocera Corporation's Cross-Motion to Confirm Arbitral Award and Opposition to Motion to Vacate. Except where otherwise stated, the matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto. The purpose of this Declaration is to authenticate documents that were part of the record for the arbitrators in the ICC International Court of Arbitration proceeding in *LaPine* v. *Kyocera Corporation*, which is under review in this case.

2. Attached hereto as Exhibit A is a true and correct copy of checks issued by LaPine Holding Company payable to Anthony N. LaPine, denoted in the arbitral record as Exhibit 2 to Kyocera's Motion for Summary Adjudication and Answer and Counterclaims.

3. Attached hereto as Exhibit B is a true and correct copy of subordinated notes payable to Anthony N. LaPine, denoted in the arbitral record as Exhibit 3 to Kyocera's Motion for Summary Adjudication and Answer and Counterclaims.

4. Attached hereto as Exhibit C is a true and correct copy of the merger escrow account payable to Anthony N. LaPine, denoted in the arbitral record as Exhibit 4 to Kyocera's Motion for Summary Adjudication and Answer and Counterclaims.

5. Attached hereto as Exhibit D is a true and correct copy of the Consulting Agreement between LaPine Technology Corporation and Anthony N. LaPine, denoted in the arbitral record as Exhibit 5 to Kyocera's Motion for Summary Adjudication and Answer and Counterclaims.

6. Attached hereto as Exhibit E are true and correct copies of letters from the ICC to Anthony N. LaPine *et al.* extending the deadline for submission of the Terms of Reference dated May 9, 1996, February 6, 1997, October 26, 1998, December 4, 1998, and

**Declaration of Shannon M. Nestor in Support of Kyocera's Cross-Motion to Confirm Arbitral Award and Opposition to Plaintiff's Motion to Vacate**

Civil Case No.: C-07-06132-MP

April 16, 1999, denoted in the arbitral record as Exhibit 10 to Kyocera's Motion for Summary Adjudication and Answer and Counterclaims.

7. Attached hereto as Exhibit F is a true and correct certified copy of the Final Award issued on August 29, 2007 by the Tribunal of the ICC International Court of Arbitration in *Anthony N. LaPine v. Kyocera Corporation*, No. 7099.

8. Attached hereto as Exhibit G is a true and correct copy of a July 17, 2007 e-mail from Edward Gergosian, Esq., counsel to Mr. LaPine.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February, 2008 in Washington, D.C.

*[signature]*
Shannon M. Nestor

Declaration of Shannon M. Nestor in Support of  2
Kyocera's Cross-Motion to Confirm Arbitral
Award and Opposition to Plaintiff's Motion to
Vacate

Civil Case No.: C-07-06132-MP