EXHIBIT A

Exhibit 2

**LAPINE HOLDING COMPANY**
100 GOLD ST., 5TH FLOOR
NEW YORK, NEW YORK 10292

CROCKER NATIONAL BANK

523

16-6/1220

PAY ONE HUNDRED FIFTY EIGHT THOUSAND SEVEN HUNDRED TWENTY ONE AND 87/100

TO THE ORDER OF  Anthony N. LaPine

DATE  December 29, 1986   AMOUNT  $158,721.87



NOT NEGOTIABLE

⑆000523⑆ ⑈122000085⑈ 664073781⑉ 33

LAPINE HOLDING COMPANY

DELUXE FORM TWC-3 V-2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  |  |  |

| | | 521 |
|---|---|---|
| LAPINE HOLDING COMPANY<br>100 GOLD ST., 5TH FLOOR<br>NEW YORK, NEW YORK 10292 | CROCKER NATIONAL BANK | |

PAY THIRTY EIGHT THOUSAND SIX HUNDRED TWENTY FIVE DOLLARS and 49/100

to THE ORDER OF   Anthony N. LaPine     DATE December 29, 1986   AMOUNT $38,625.49

Reynolds   NOT NEGOTIABLE

⑈000521⑈ ⑆122000085⑆ GEL073781⑈ 33

LAPINE HOLDING COMPANY

DELUXE FORM TWC-3 V-2

| DATE | DESCRIPTION | ACCOUNT |
|---|---|---|
| | ANL's<br>consideration<br>being withheld | |