EXHIBIT C

Exhibit 4



LaPine Holding Company .11206
General                    1
                    1000.040
CORPORATE MAILINGS
Withholding On Merger Escrow

LaPine Holding 11206-1
Merger Escrow checks mailed
May 12, 1988 to former
employees - (withholding calculated)

MERGER ESCROW DISTRIBUTION TO NOTEHOLDERS

| NOTEHOLDER | ORIGINAL NOTE AMOUNT | PERCENT OF MERGER ESCROW DUE NOTEHOLDER | * MERGER ESCROW TOTAL | * CHECK AMOUNT: MERGER ESCROW DISTRIBUTION |
|---|---|---|---|---|
| LaPine, Anthony N.* | $1,108,211.09 | 20.33316% | $752,857.08 | $220,778.06 |

k0Gd@s0B11o2o5.847c86Fk2S

page1

NAME  LaPine Technology Corporation

ACCOUNT NO. 01010786-70

No. 182

80-4039/1211

April 11, 19 88

PAY TO THE ORDER OF  Anthony N. LaPine----------------------------------------  $ 220,778.06

Two Hundred Twenty Thousand, Seven Hundred Seventy-eight and 6/100-DOLLARS

Silicon Valley Bank
3003 North First Street   408 435-8600
San Jose, California 95131

FOR _____

⑆121140399⑆    01010786⑊ 70

MEMORANDUM

TO: Former Shareholders of LaPine Technology Corporation

DATE: May 12, 1988

FROM: LaPine Technology Corporation

RE: Merger Escrow

In accordance with the Merger Escrow Agreement made by LaPine Technology Corporation (the "Company") in connection with its reorganization in December 1986, the Company has maintained and credited an account (the "Merger Escrow") for the benefit of registered holders of Original Notes who on March 31, 1988 either held Original Notes or surrendered Original Notes for collection or in payment of the exercise price of an Initial Warrant (the "Noteholders").

As of March 31, 1988, the amount of $752,657.06 was credited by the Company to the Merger Escrow. The aggregate dollar amount of Original Notes outstanding on March 31, 1988 was $3,982,562.01. The attachment hereto shows the calculation of your pro rata share of the Merger Escrow according to our records. First, your "Percent of Merger Escrow" was determined by dividing the amount of your Original Note by the aggregate dollar amount of Original Notes outstanding on March 31, 1988. Then, the amount of your share of the Merger Escrow was calculated by multiplying the total amount credited to the Merger Escrow by your Percent of Merger of Escrow. If you were employed by the Company, the Company has withheld income and employment taxes to the extent your share of the Merger Escrow constitutes "wages," as shown on the attachment hereto.

Enclosed is a check representing your pro rata share of the Merger Escrow reduced by withholding for income and employment taxes, if any. If you have any questions, please call Timothy Parker at (415) 984-3074, or write Mr. Parker at P.O. Box 2228, San Francisco, California, 94126-2228.