EXHIBIT E

Exhibit 10

 

**International Chamber of Commerce**
38, Cours Albert 1er, 75008 Paris
**Chambre de Commerce Internationale**

**International Court of Arbitration - Cour Internationale d'Arbitrage**

Date: May 9, 1996 /mc

Your reference / Votre référence:

Our reference / Notre référence: No. 7099/BGD

Title of case / Titre de l'affaire: ANTHONY N. LAPINE (U.S.A.) vs/ 1. PRUDENTIAL BACHE TRADE CORPORATION (U.S.A.) 2. KK P.B. TRADE CORPORATION (U.S.A.) 3. KYOCERA CORPORATION (Japan) 4. PRU TECH RESEARCH AND DEVELOPMENT PARTNERSHIP (U.S.A.)

<u>Counsel in charge of the file: Mr. Benjamin Davis</u> (direct line 49 53 28 36)

Neil PHILLIPS, Esq.
GOODMAN FREEMAN PHILLIPS & VINEBERG
430 Park Avenue, 10th floor
New York, New York 10022
U.S.A.

RECEIVED
MAY 1 4 1996
JJB
MORRISON & FOERSTER

Dear Sir,

I write to inform you that the International Court of Arbitration, at its session of May 7, 1996, granted you an extension of time until December 31, 1996, for the presentation of the Terms of Reference to the Court in the subject case.

Yours sincerely,

Benjamin Davis
Secretariat
International Court of Arbitration of the ICC

cc: Graydon STARING, Esq.
    Gerald AKSEN, Esq.
    Thomas N. WHITE, Jr., Esq.
    Paul H. DAWES, Esq. and/or David A. YORK, Esq.
    William E. JOHNSON, Esq.
    James J. BROSNAHAN and Michael L. ZIGLER





James J. BROSNAHAN
and Michael L. ZIGLER
MORRISON & FOERSTER
345 California Street
San Francisco, California 94104-2575
U.S.A.



International Chamber of Commerce
Chambre de Commerce Internationale
38, Cours Albert 1er 75008 PARIS
Téléphone : (1) 49 53 28 28
Câbles : Incomerc-Paris
Télex : 650770
Téléfax : (1) 49 53 28 59

PRIORITAIRE

Case 3:07-cv-06132-MHP     Document 21-6     Filed 02/29/2008     Page 4 of 14



**International Chamber of Commerce**

*The world business organisation*

International Court of Arbitration • Cour internationale d'arbitrage

February 6, 1997 /mc

No. 7099/BGD/OLG

RECEIVED
FEB 19 1997
JJB
MORRISON & FOERSTER

ANTHONY N. LAPINE (U.S.A.)   vs/   1. PRUDENTIAL BACHE TRADE CORPORATION (U.S.A.) 2. KK P.B. TRADE CORPORATION (U.S.A.) 3. KYOCERA CORPORATION (Japan) 4. PRU TECH RESEARCH AND DEVELOPMENT PARTNERSHIP (U.S.A.)

Counsel in charge of the file : Ms. Odette Lagacé Glain (direct line 01 49 53 28 36)

Graydon STARING, Esq.
LILLICK & CHARLES
26th floor
Two Embarcadero Center
San Francisco, California 94111-3996
U.S.A.

Gerald AKSEN, Esq.
REID & PRIEST
40 West 57th Street
New York, New York 10019-4097
U.S.A.

## CORRIGENDUM

Dear Sirs,

I write to inform you that the International Court of Arbitration, at its session of February 5, 1997, granted you an extension of time until April 30, 1997, for the presentation of the Terms of Reference to the Court in the subject case.

Yours sincerely,

Odette Lagacé Glain
Secretariat
International Court of Arbitration of the ICC

cc : Thomas N. WHITE, Jr., Esq.
    Paul H. DAWES, Esq. and/or David A. YORK, Esq.
    William E. JOHNSON, Esq.
    James J. BROSNAHAN and Michael L. ZIGLER

CALENDARED
MORRISION & FOERSTER

MAR 17 1997 ₚₓ

FOR DATE(S)___4/30___
BY_____

ICC International Court of Arbitration • Cour Internationale d'arbitrage de la CCI





James J. BROSNAHAN
and Michael L. ZIGLER
MORRISON & FOERSTER
425 Market Street
San Francisco, California 94105-2482
U.S.A.





International Chamber of Commerce
Chambre de Commerce Internationale
38, Cours Albert 1er 75008 PARIS
Téléphone : (1) 49 53 28 28
Cables : Incomerc-Paris
Télex : 650770
Téléfax : (1) 49 53 28 59



94105-2466 05

Case 3:07-cv-06132-MHP    Document 21-6    Filed 02/29/2008    Page 7 of 14

*Angela Padilla*
3( +

RECEIVED
NOV 0 3 1998
JJB
FOERSTER

**ICC**
**International Chamber of Commerce**
*The world business organization*

27854(2)

International Court of Arbitration • Cour internationale d'arbitrage

October 26, 1998 /mc

No. 7099/BGD/OLG

ANTHONY N. LAPINE (U.S.A.) vs/ 1. PRUDENTIAL BACHE TRADE CORPORATION (U.S.A.) 2. KK P.B. TRADE CORPORATION (U.S.A.) 3. KYOCERA CORPORATION (Japan) 4. PRU TECH RESEARCH AND DEVELOPMENT PARTNERSHIP (U.S.A.)

Counsel in charge of the file : Ms. Odette Lagacé Glain (direct line 01 49 53 28 36)

Graydon STARING, Esq.
LILLICK & CHARLES
26th floor
Two Embarcadero Center
San Francisco, California 94111-3996
U.S.A.

Gerald AKSEN, Esq.
REID & PRIEST
40 West 57th Street
New York, New York 10019-4097
U.S.A.

Dear Sirs,

I write to inform you that the International Court of Arbitration, at its session of October 7, 1998, granted you an extension of time until December 31, 1998, for the presentation of the Terms of Reference to the Court in the subject case.

Yours sincerely,

Odette Lagacé
Secretariat
International Court of Arbitration of the ICC

CALENDARED
MORRISON & FOERSTER LLP

NOV 1 3 1998

FOR DATE(S) 12/31
BY k/

cc : Thomas N. WHITE, Jr., Esq.
    Paul H. DAWES, Esq. and/or David A. YORK, Esq.
    William E. JOHNSON, Esq.
    James J. BROSNAHAN and Michael L. ZIGLER



*Angela Padilla*
31 X

RECEIVED
NOV 03 1998
JJB
FOERSTER

27854(2)

**International Chamber of Commerce**
*The world business organization*

**International Court of Arbitration • Cour internationale d'arbitrage**

October 26, 1998 /mc

No. 7099/BGD/OLG

ANTHONY N. LAPINE (U.S.A.) vs/ 1. PRUDENTIAL BACHE TRADE CORPORATION (U.S.A.) 2. KK P.B. TRADE CORPORATION (U.S.A.) 3. KYOCERA CORPORATION (Japan) 4. PRU TECH RESEARCH AND DEVELOPMENT PARTNERSHIP (U.S.A.)

Counsel in charge of the file : Ms. Odette Lagacé Glain (direct line 01 49 53 28 36)

Graydon STARING, Esq.
LILLICK & CHARLES
26th floor
Two Embarcadero Center
San Francisco, California 94111-3996
U.S.A.

Gerald AKSEN, Esq.
REID & PRIEST
40 West 57th Street
New York, New York 10019-4097
U.S.A.

Dear Sirs,

I write to inform you that the International Court of Arbitration, at its session of October 7, 1998, granted you an extension of time until December 31, 1998, for the presentation of the Terms of Reference to the Court in the subject case.

Yours sincerely,

Odette Lagacé
Secretariat
International Court of Arbitration of the ICC

cc : Thomas N. WHITE, Jr., Esq.
    Paul H. DAWES, Esq. and/or David A. YORK, Esq.
    William E. JOHNSON, Esq.
    James J. BROSNAHAN and Michael L. ZIGLER

ICC International Court of Arbitration • Cour internationale d'arbitrage de la CCI



**International Chamber of Commerce**

*The world business organization*

**International Court of Arbitration** • **Cour internationale d'arbitrage**

December 4, 1998 /mc

**No. 7099/BGD/OLG**

ANTHONY N. LAPINE (U.S.A.) vs/ 1. PRUDENTIAL BACHE TRADE CORPORATION (U.S.A.) 2. KK P.B. TRADE CORPORATION (U.S.A.) 3. KYOCERA CORPORATION (Japan) 4. PRU TECH RESEARCH AND DEVELOPMENT PARTNERSHIP (U.S.A.)

<u>Counsel in charge of the file : Ms. Odette Lagacé</u> (direct line 01 49 53 28 36)

Graydon STARING, Esq.
LILLICK & CHARLES
26th floor
Two Embarcadero Center
San Francisco, California 94111-3996
U.S.A.

Gerald AKSEN, Esq.
REID & PRIEST
40 West 57th Street
New York, New York 10019-4097
U.S.A.

**RECEIVED**
DEC 09 1998
JJB
MORRISON & FOERSTER

CALENDARED
MORRISON & FOERSTER

DEC 2 3 1998
FOR DATE: 2/28/99
BY: CW

Dear Sirs,

I write to inform you that the International Court of Arbitration, at its session of December 2, 1998, granted you an extension of time until February 28, 1999, for the presentation of the Terms of Reference to the Court in the subject case.

Yours sincerely,

Odette Lagacé
Secretariat
International Court of Arbitration of the ICC

cc : Thomas N. WHITE, Jr., Esq.
Paul H. DAWES, Esq. and/or David A. YORK, Esq.
William E. JOHNSON, Esq.
James J. BROSNAHAN and Michael L. ZIGLER

**ICC International Court of Arbitration • Cour Internationale d'arbitrage de la CCI**

38, Cours Albert 1er, 75008 Paris, France
Telephone +33 1 49 53 28 28   Fax +33 1 49 53 29 33
Website www.iccwbo.org   E-mail arb@iccwbo.org



James J. BROSNAHAN
and Michael L. ZIGLER
MORRISON & FOERSTER
425 Market Street
San Francisco, California 94105
U.S.A.

38, Cours Albert 1er, 75008 Paris, France

**ICC**
**International Chamber of Commerce**
*The world business organization*

27854(2)

J. Brosnahan
S. Hufstedler
J. McCabe
A. Padilla  (30)
K. Brakebill
███████ (file)
HARK NICKOLAS

**ICC**
**International Chamber of Commerce**
*The world business organization*

April 16, 1999 /va

No. 7099/BGD/OLG

ANTHONY N. LAPINE (U.S.A.) vs/ 1. PRUDENTIAL BACHE TRADE CORPORATION (U.S.A.) 2. KK P.B. TRADE CORPORATION (U.S.A.) 3. KYOCERA CORPORATION (Japan) 4. PRU TECH RESEARCH AND DEVELOPMENT PARTNERSHIP (U.S.A.)

<u>Counsel in charge of the file : Ms. Odette Lagacé</u> (direct line 01 49 53 28 36)

Graydon STARING, Esq.
LILLICK & CHARLES
26th floor
Two Embarcadero Center
San Francisco, California 94111-3996
U.S.A.

Gerald AKSEN, Esq.
REID & PRIEST
40 West 57th Street
New York, New York 10019-4097
U.S.A.

**RECEIVED**
APR 2 6 1999
JJB
MORRISON & FOERSTER

CALENDARED
MORRISON & FOERSTER LLP
MAY 2 1 1999
FOR DATE(S) 6/30
BY W

Dear Sirs,

I write to inform you that the International Court of Arbitration, at its session of April 7, 1999, granted you an extension of time until June 30, 1999, for the presentation of the Terms of Reference to the Court in the subject case.

Yours sincerely,

Odette Lagacé
Secretariat
International Court of Arbitration of the ICC

cc : Thomas N. WHITE, Jr., Esq.
    Paul H. DAWES, Esq. and/or David A. YORK, Esq.
    William E. JOHNSON, Esq.
    James J. BROSNAHAN and Michael L. ZIGLER

International Chamber of Commerce
38, Cours Albert 1er, 75008 Paris, France
Telephone +33 1 49 53 28 28    Fax +33 1 49 53 28 59