EXHIBIT G

## Ridings, Jr. Donald

| | |
|---|---|
| **From:** | Edward Gergosian [ed@gergosian.com] |
| **Sent:** | Tuesday, July 17, 2007 7:44 PM |
| **To:** | Ridings, Jr. Donald |
| **Cc:** | Horacio A. Grigera Naon; Gulland, Eugene; starlaw@att.net; gaksen@thelenreid.com; hgrigeranaon@yahoo.com; ica4@iccwbo.org |
| **Subject:** | Re: ICC Arbitration No. 7099/JEM: LaPine vs. Kyocera |

On behalf of claimant I can also confirm we have received the Tribunal's communication referred to below.

Edward M. Gergosian
GERGOSIAN & GRALEWSKI LLP
655 West Broadway Suite 1410
San Diego CA 92101
619-237-9500
619-237-9555 fax
619-300-3591 cell/direct
ed@gergosian.com
www.gergosian.com

On Jul 17, 2007, at 4:40 PM, Ridings, Jr. Donald wrote:

> I confirm that we have received in good order the facsimile cover sheet and 2-page letter from the Tribunal.
>
> Regards,
>
> Don Ridings
>
>> **From:** Horacio A. Grigera Naon [mailto:hgrigeranaon@verizon.net]
>> **Sent:** Tuesday, July 17, 2007 7:09 PM
>> **To:** Edward Gergosian; Ridings, Jr. Donald; Gulland, Eugene; Edward Gergosian
>> **Cc:** starlaw@att.net; gaksen@thelenreid.com; hgrigeranaon@yahoo.com; ica4@iccwbo.org
>> **Subject:** ICC Arbitration No. 7099/JEM: LaPine vs. Kyocera
>>
>> Gentlemen:
>>
>> I am sending again the Arbitral Tribunal's communication attached to this message, which does not seem to have gone through when I first attempted to send it.
>>
>> Yours truly,
>>
>> Horacio A. Grigera Naon
>> Chair

2/28/2008