1  Simon J. Frankel, SB # 171552
   COVINGTON & BURLING LLP
2  One Front Street
   San Francisco, CA 94111
3  Telephone:    (415) 591-6000
   Facsimile:    (415) 591-6091
4  sfrankel@cov.com

5  EUGENE D. GULLAND (*pro hac vice application pending*)
   DONALD J. RIDINGS JR. (*pro hac vice application pending*)
6  Covington & Burling LLP
   1201 Pennsylvania Avenue, N.W.
7  Washington, DC 20004-2401
   Tel: (202) 662-6000
8  Fax: (202) 662-6291

9  Attorneys for Defendant
   KYOCERA CORPORATION

10

11                    UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  ANTHONY N. LAPINE,                    | Civil Case No.: 3:07-cv-06132-MP

15              Plaintiff,                | **[PROPOSED] ORDER RE: KYOCERA'S CROSS-MOTION TO CONFIRM ARBITRAL AWARD AND OPPOSITION TO MOTION TO VACATE**
16       v.
17  KYOCERA CORPORATION,
18              Defendant.                | Hon. Marilyn H. Patel

19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Upon consideration of defendant/cross-movant Kyocera Corporation's Cross-Motion to Confirm Arbitral Award and Opposition to Motion to Vacate, any opposition thereto, and any reply, it is ORDERED that Kyocera's Cross-motion to Confirm Arbitral Award is GRANTED and LaPine's Motion to Vacate Arbitration Award is DENIED.

IT IS SO ORDERED.

_____    _____
United States District Judge                                      Date