1  U.S. DISTRICT COURT - CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

2  CASE NAME: ANTHONY N. LAPINE v. KYOCERA CORPORATION

3  CASE NO.: 3:07-cv-06132-MHP

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am a citizen of the United States. My business address is One Front Street, 35th Floor, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, I served the foregoing document(s) described as:

1. ADMINISTRATIVE MOTION FOR LEAVE TO FILE SINGLE CONSOLIDATED MEMORANDUM ADDRESSING TWO MOTIONS IN EXCESS OF 25 PAGES;

2. DECLARATION OF DONALD J. RIDINGS JR. IN SUPPORT OF KYOCERA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SINGLE CONSOLIDATED MEMORANDUM ADDRESSING TWO MOTIONS IN EXCESS OF 25 PAGES;

3. [PROPOSED] ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO FILE SINGLE CONSOLIDATED MEMORANDUM ADDRESSING TWO MOTIONS IN EXCESS OF 25 PAGES;

4. DEFENDANT KYOCERA CORPORATION'S NOTICE OF CROSS-MOTION AND CROSS-MOTION TO CONFIRM ARBITRAL AWARD; MEMORANDUM OF POINTS AND AUTHORITIES (1) IN SUPPORT OF CROSS-MOTION TO CONFIRM ARBITRAL AWARD, AND (2) IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE;

5. DECLARATION OF SHANNON M. NESTOR IN SUPPORT OF DEFENDANT KYOCERA CORPORATION'S CROSS-MOTION TO CONFIRM ARBITRAL AWARD AND OPPOSITION TO PLAINTIFF'S MOTION TO VACATE; and

6. [PROPOSED] ORDER RE: KYOCERA'S CROSS-MOTION TO CONFIRM ARBITRAL AWARD AND OPPOSITION TO MOTION TO VACATE.

on the following person(s) in this action:

Brooke Elizabeth West
Edward M. Gergosian
Robert J. Gralewski, Jr.
Gergosian & Gralewski
655 West Broadway, Suite 1410
San Diego, CA 92101

[_]    **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

PROOF OF SERVICE

[X]   **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand via *First Legal* on February 29, 2008 to the offices of the addressee(s).

[_]   **(BY FACSIMILE)** By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date.

[_]   **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier (*Federal Express*) with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[_]   **(BY-EMAIL)** On February 29, 2008, I served the document(s) listed above on the parties in this action by causing the document(s) to be sent to the person(s) at the e-mail addressee(s) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 29, 2008, at San Francisco, California.

_____
NICOLE R. GOSTNELL