1  SIMON J. FRANKEL (SBN 171552)
   Covington & Burling LLP
2  One Front Street, 35th Floor
   San Francisco, CA 94111
3  Tel: (415) 591-6000
   Fax: (415) 591-6091
4  Email: sfrankel@cov.com

5  EUGENE D. GULLAND (*pro hac vice application pending*)
   DONALD J. RIDINGS, JR. (*pro hac vice application pending*)
6  Covington & Burling LLP
   1201 Pennsylvania Avenue, N.W.
7  Washington, DC 20004-2401
   Tel: (202) 662-6000
8  Fax: (202) 662-6291

9  Attorneys for Defendant and Respondent
   KYOCERA CORPORATION



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. LA PINE,<br><br>   Plaintiff and Claimant,<br><br>v.<br><br>KYOCERA CORPORATION,<br><br>   Defendant and Respondent. | Civil Case No.: C 07-06132   MHP<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY EUGENE D. GULLAND PRO HAC VICE** |

   Pursuant to Civil Local Rule 11-3, I, Eugene D. Gulland, an active member in good standing of the Bar of the District of Columbia, hereby apply for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant and respondent Kyocera Corporation in the above-entitled action.

   In support of this application, I hereby certify on oath that:

   1.   I am an active member in good standing of the Bar of the District of Columbia, as indicated above;

SF: 94361-1

1  2.      I agree to abide by the Standards of Professional Conduct set forth in
2  Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case filing, and to
3  become familiar with the Local Rules and the Alternative Dispute Resolution programs of this
4  Court; and

5  3.      An attorney who is a member of the bar of this Court in good standing
6  and who maintains an office within the State of California has been designed as co-counsel in
7  the above-entitled action.  The name, address, telephone and facsimile numbers, and e-mail
8  address of that attorney are:

> Simon J. Frankel (California Bar No. 171552)
> COVINGTON & BURLING LLP
> One Front Street, 35th Floor
> San Francisco, California  94111
> Telephone:  (415) 591-6000
> Facsimile:   (415) 591-6091
> E-Mail:       sfrankel@cov.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February 2008 at Washington, D.C.

_____
Eugene D. Gulland

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of COVINGTON & BURLING, and the the foregoing document, **APPLICATION FOR ADMISSION OF ATTORNEY EUGENE D. GULLAND PRO HAC VICE**, was served via U.S. Mail on February 29, 2008 to the address(es) shown below:

GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Brooke E. West
655 West Broadway, Suite 1410
San Diego, CA 92101
Tel: (619) 237-9500
Fax: (619) 237-9555

I further certify that I am familiar with the firm's practice of collection and processing documents for mailing; that in accordance therewith, I caused the above-named document to be deposited with the U.S. Postal Service at San Francisco, California, in a sealed envelope, with first class postage prepared on February 29, 2008.

_____
LIZA HEIDER

**PROOF OF SERVICE**

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016414
Cashier ID: bucklem
Transaction Date: 02/29/2008
Payer Name: covington and burling

PRO HAC VICE
 For: eugene d gulland
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 4594
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c07-6132mhp

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```