```
 1
 2                                           FEB 29 PM 3:2
 3                                      CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
 4
 5
 6
 7
                       UNITED STATES DISTRICT COURT
 8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9
10
```

| | |
|---|---|
| ANTHONY N. LA PINE,<br><br>Plaintiff and Claimant,<br><br>v.<br><br>KYOCERA CORPORATION,<br><br>Defendant and Respondent. | Civil Case No.: C 07-06132   MHP<br><br>**[Proposed] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY EUGENE D. GULLAND PRO HAC VICE** |

Eugene D. Gulland, an active member in good standing of the Bar of the District of Columbia, whose business address, telephone and facsimile numbers, and e-mail address are:

    Eugene D. Gulland
    COVINGTON & BURLING LLP
    1201 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2401
    Telephone: (202) 662-6000
    Facsimile: (202) 662-6291
    E-Mail: egulland@cov.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice basis*, representing defendant and respondent Kyocera Corporation.

1       IT IS HEREBY ORDERED that the application is granted, subject to the terms
2 and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
3 appearance *pro hac vice*. Service of papers upon and communication with co-counsel
4 designated in the application will constitute notice to the party. All future filings in this action
5 are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____          _____
                                                             United States District Judge