FEB 29 PM 3: 2..

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. LA PINE,<br><br>    Plaintiff and Claimant,<br><br>    v.<br><br>KYOCERA CORPORATION,<br><br>    Defendant and Respondent. | Civil Case No.: C 07-06132 MHP<br><br>**[Proposed] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DONALD J. RIDINGS PRO HAC VICE** |

Donald J. Ridings, an active member in good standing of the Bar of the District

of Columbia, whose business address, telephone and facsimile numbers, and e-mail address are:

Donald J. Ridings
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
E-Mail:      dridings@cov.com

having applied in the above-entitled action for admission to practice in the Northern District

of California on a *pro hac vice basis*, representing defendant and respondent Kyocera

Corporation.

1        IT IS HEREBY ORDERED that the application is granted, subject to the terms

2    and conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate

3    appearance *pro hac vice*.  Service of papers upon and communication with co-counsel

4    designated in the application will constitute notice to the party.  All future filings in this action

5    are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

6

7

8    Dated: _____          _____
                                              United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Civil Case No.: C 07-06132   MHP                2    **ORDER GRANTING DONALD J. RIDINGS PRO HAC
                                                     VICE APPLICATION**