1  Simon J. Frankel, SB # 171552
   COVINGTON & BURLING LLP
2  One Front Street
   San Francisco, CA 94111
3  Telephone:    (415) 591-6000
   Facsimile:    (415) 591-6091
4  sfrankel@cov.com

5  EUGENE D. GULLAND (*pro hac vice application pending*)
   DONALD J. RIDINGS JR. (*pro hac vice application pending*)
6  Covington & Burling LLP
   1201 Pennsylvania Avenue, N.W.
7  Washington, DC 20004-2401
   Tel: (202) 662-6000
8  Fax: (202) 662-6291

9  Attorneys for Defendant
   KYOCERA CORPORATION
10

11
                    UNITED STATES DISTRICT COURT
12
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14  | ANTHONY N. LAPINE, | Civil Case No.: 3:07-cv-06132-MP |
15  | Plaintiff, | ~~[PROPOSED]~~ **ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO FILE SINGLE CONSOLIDATED MEMORANDUM ADDRESSING TWO MOTIONS IN EXCESS OF 25 PAGES** |
16  | v. | |
17  | KYOCERA CORPORATION, | |
18  | Defendant. | |
19  | | Hon. Marilyn H. Patel |
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION         1                Civil Case No.: C-07-06132-MP
FOR LEAVE TO FILE CONSOLIDATED
MEMORANDUM ADDRESSING TWO MOTIONS IN
EXCESS OF 25 PAGES

1
2
## [PROPOSED] ORDER

3   Upon consideration of defendant/cross-movant Kyocera Corporation's
4   Administrative Motion for Leave to File Single Consolidated Memorandum Addressing Two
5   Motions in Excess of 25 Pages, any opposition thereto, and any reply, it is ORDERED that
6   Kyocera's motion is GRANTED.  Kyocera is hereby granted leave to file a consolidated
7   memorandum, <u>not to exceed 36 pages,</u> in support of its Cross-Motion to Confirm Arbitral
8   Award and in opposition to plaintiff's December 4, 2007 Motion to Vacate Arbitral Award.

9   IT IS SO ORDERED.

11  _____    \_3/3/2008_____
12  United States District Judge                Date



**[PROPOSED] ORDER RE: ADMINISTRATIVE
MOTION FOR LEAVE TO FILE CONSOLIDATED
MEMORANDUM ADDRESSING TWO MOTIONS IN
EXCESS OF 25 PAGES**

2

Civil Case No.:  C-07-06132-MP