FEB 29 PM 3:2
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. LA PINE,<br><br>Plaintiff and Claimant,<br><br>v.<br><br>KYOCERA CORPORATION,<br><br>Defendant and Respondent. | Civil Case No.: C 07-06132 MHP<br><br>[Proposed] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DONALD J. RIDINGS PRO HAC VICE** |

Donald J. Ridings, an active member in good standing of the Bar of the District of Columbia, whose business address, telephone and facsimile numbers, and e-mail address are:

Donald J. Ridings
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
E-Mail: dridings@cov.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice basis*, representing defendant and respondent Kyocera Corporation.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/4/2008



United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Civil Case No.: C 07-06132   MHP       2       ORDER GRANTING DONALD J. RIDINGS PRO HAC VICE APPLICATION