FEB 29 PM 3:2

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. LA PINE,<br><br>Plaintiff and Claimant,<br><br>v.<br><br>KYOCERA CORPORATION,<br><br>Defendant and Respondent. | Civil Case No.: C 07-06132  MHP<br><br>[Proposed] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY EUGENE D. GULLAND PRO HAC VICE |

Eugene D. Gulland, an active member in good standing of the Bar of the District of Columbia, whose business address, telephone and facsimile numbers, and e-mail address are:

Eugene D. Gulland
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
E-Mail:  egulland@cov.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice basis*, representing defendant and respondent Kyocera Corporation.

Civil Case No.: C 07-06132  MHP

ORDER GRANTING EUGENE D. GULLAND PRO HAC VICE APPLICATION

1   IT IS HEREBY ORDERED that the application is granted, subject to the terms
2   and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
3   appearance *pro hac vice*. Service of papers upon and communication with co-counsel
4   designated in the application will constitute notice to the party. All future filings in this action
5   are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/4/2008

*IT IS SO ORDERED*
Judge Marilyn H. Patel
United States District Court
Northern District of California

| Civil Case No.: C 07-06132 MHP | 2 | ORDER GRANTING EUGENE D. GULLAND PRO HAC VICE APPLICATION |