GERGOSIAN & GRALEWSKI LLP
EDWARD M.  GERGOSIAN (105679)
ROBERT J.  GRALEWSKI, JR.  (196410)
BROOKE E. HODGE (234411)
655 West Broadway, Suite 1410
San Diego, CA  92101
Telephone:  (619) 237-9500
Facsimile:  (619) 237-9555
email:  ed@gergosian.com

Attorneys for Plaintiff and Claimant
Anthony N. LaPine

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY N. LaPINE, | ) | Case No. 07-CV-06132-MHP |
| | ) | |
| Plaintiff and Claimant, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER SETTING HEARING DATE** |
| vs. | ) | **AND BRIEFING SCHEDULE** |
| | ) | **CONCERNING RESPONSES TO** |
| KYOCERA CORPORATION, | ) | **MOTION TO VACATE ARBITRATION** |
| | ) | **AWARD AND MOTION TO CONFIRM** |
| Defendant and Respondent. | ) | **ARBITRAL AWARD** |
| | ) | |
| | ) | Hon. Marilyn H. Patel |
| | ) | |

WHEREAS, on December 3, 2007, Plaintiff filed his Motion to Vacate Arbitration Award with the Northern District of California;

WHEREAS, on December 7, 2007, this case was assigned to Magistrate Judge James Larson;

WHEREAS, on February 21, 2008, the Court granted Defendant's request for reassignment of the case to District Court Judge Marilyn H. Patel and vacated all pending hearing dates until further notice;

WHEREAS, on February 26, 2008, the Court informed the parties that a Case Management Conference would take place on April 7, 2008;

1   WHEREAS, Defendant filed its Cross-Motion to Confirm Arbitral Award;
2   Memorandum of Points and Authorities (1) In Support of Cross-Motion to Confirm Arbitral
3   Award, and (2) In Opposition to Plaintiff's Motion to Vacate on February 29, 2008;

4   WHEREAS, in addition to the cross-motion Defendant filed its Administrative Motion
5   for Leave to File Single Consolidated Memorandum Addressing Two Motions in Excess of 25
6   pages. The Court granted Defendant's motion on March 3, 2008;

7   WHEREAS, Defendant's Cross-Motion set an April 7, 2008 hearing date without
8   Plaintiff's prior agreement or notification;

9   WHEREAS, the parties have reached an agreement regarding the briefing schedule and
10  hearing date for the above-titled action;

11  WHEREAS, pursuant to Civil Local Rule 6-2, the parties may file a stipulation
12  requesting an order changing time that would affect the date of an event or deadline already
13  fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in
14  the Federal Rules;

15  WHEREAS, Plaintiff requests the court to set the briefing schedule outlined below to
16  allow the parties the time necessary to research and prepare their respective motions given the
17  complexities of this case;

18  WHEREAS, Defendant does not object to the new briefing schedule provided Defendant
19  receives Plaintiff's opposition by noon on March 28, even though Plaintiff reserves the right to
20  make changes to the document and file the motion with the court on March 31, 2008; and the
21  extension for its reply brief set forth below;

22  WHEREAS, the hearing date regarding the motion to vacate arbitration award and
23  motion to confirm arbitral award will be April 28, 2008.

24  IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the parties
25  identified below, subject to the Court's approval, that the deadlines for filing the opposition and
26  replies to challenge or support the motion to vacate arbitration award or the motion to confirm
27  arbitral award are set as follows:

1.  Plaintiff's Opposition to Defendant's Motion to Confirm Arbitral Award will be due March 31, 2008;

2.  Defendant's Reply to Plaintiff's Opposition to Motion to Confirm Arbitral Award will be due April 14, 2008; and

3.  Plaintiff's Reply to Defendant's Opposition to Motion to Vacate Arbitration Award will be due on April 14, 2008.

4.  Hearing on both Plaintiff's Motion to Vacate Arbitral Award and Defendant's Motion to Confirm Arbitral Award is noticed for April 28, 2008.

DATED:  March 13, 2008                    GERGOSIAN & GRALEWSKI LLP


By:   /s/ Concurrence obtained General Order 45B.X
      ───────────────────────────────────────
      Edward M. Gergosian
      Robert J. Gralewski, Jr.
      Brooke E. Hodge

*Attorneys for Plaintiff Anthony N. LaPine*

DATED:  March 13, 2008                    COVINGTON & BURLING LLP


By:   /s/ Simon J. Frankel
      ───────────────────────────────────────
      Simon J. Frankel
      Eugene D. Gulland
      Donald J. Ridings, Jr.

*Attorneys for Defendant Kyocera Corporation*


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED:
                                          ───────────────────────────────────────
                                          The Honorable Marilyn H. Patel
                                          United States District Judge
                                          Northern District of California