1  GERGOSIAN & GRALEWSKI LLP
   EDWARD M. GERGOSIAN (105679)
2  ROBERT J. GRALEWSKI, JR. (196410)
   BROOKE E. HODGE (234411)
3  655 West Broadway, Suite 1410
   San Diego, CA  92101
4  Telephone:  (619) 237-9500
   Facsimile:   (619) 237-9555
5
   Attorneys for Plaintiff Anthony N. Lapine
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY N. LaPINE, | ) Case No. CV-07-06132 MHP |
| Plaintiff and Claimannt, | ) **ANTHONY N. LAPINE'S** |
| | ) **CERTIFICATION OF INTERESTED** |
| vs. | ) **ENTITIES OR PERSONS PURSUANT** |
| | ) **TO NORTHERN DISTRICT OF** |
| KYOCERA CORPORATION, | ) **CALIFORNIA LOCAL RULE 3-16** |
| Defendant and Respondent. | ) Hon. Marily H. Patel |

1 | Pursuant to Civil L.R. 3-16, the undersigned hereby certifies that as of this date, other
2 | than the named parties, this is no such interest to report.

DATED: March 26, 2006

Respectfully submitted,

GERGOSIAN & GRALEWSKI LLP
EDWARD M. GERGOSIAN
ROBERT J. GRALEWSKI, JR.
BROOKE E. HODGE

 /s/ Edward M. Gergosian
EDWARD M. GERGOSIAN

655 West Broadway, Suite 1410
San Diego, CA  92101

# CERTIFICATE OF SERVICE

I certify that I am at least 18 years of age, and not a party to this action. My business address is 655 West Broadway, Suite 1410, San Diego, California 92101.

On March 26, 2008 2008, the following document was filed electronically with the Clerk of Court using the CM/ECF system which will send an electronic notice to all parties registered for electronic filing in this case:

**ANTHONY N. LAPINE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULE 3-16**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 26, 2008               /s/ Johanna Cervantes
                                    Johanna Cervantes