**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 7, 2008

Case No.   C07-06132 MHP            Judge: MARILYN H. PATEL

Title: ANTHONY N. LAPINE -v- KYOCERA CORP.

Attorneys:  Plf: Edward Gergosian
            Dft: Eugene Gulland and Richard Jones

Deputy Clerk: Frank Justiliano        Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Case Management Conference   - HELD.

2)

3)

**ORDERED AFTER HEARING:**

Matter continued to April 28, 2008 at 2:00 p.m. for a hearing on the arbitration award.