UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. LAPINE, | No. C 07-06132 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** <br> **(Rescheduling Hearing)** |
| v. | |
| KYOCERA CORP., | |
| Defendant(s). | |

Due to congestion of court's calendar, the parties are notified that the hearing of the motion(s) in this matter currently on calendar for April 28, 2008, is hereby RESCHEDULED to Monday, **May 19, 2008, at 2:00 p.m.** Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: April 17, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140