**EXHIBIT 1**

SPENSLEY HORN JUBAS & LUBITZ
A LAW CORPORATION
880 CENTURY PARK EAST · FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (213) 553-5050
CABLE TECH-LAW
TELEX 19-4-82
FACSIMILE (213) 553-4619

December 22, 1986

LaPine Technology Corporation
Prudential-Bache Trade Corporation
K.K. PB Trade Corporation
LaPine Holding Company
LTC Merger Corporation
Pru Tech Research and Development Partnership
Anthony N. LaPine

Re:  LaPine Technology Corporation
     Definitive Agreement and Plan of Reorganization

Gentlemen:

As counsel to Kyocera Corporation, we hereby notify you that, because of a significant variation in the Amended Trading Agreement from the terms of the Agreement in Principle, Kyocera Corporation did not execute and deliver the Amended Trading Agreement and the Financing Agreement at the pre-closing on December 18, 1986, and that Kyocera Corporation does not intend to execute and deliver such agreements prior to the Closing. Kyocera Corporation will continue to negotiate in good faith to arrive at a mutually acceptable agreement for financing the sale of the products to LTC and intends to continue to sell products to LTC during such negotiations pursuant to the terms of the Amended Technology Agreement and the interim procedures set forth in the Definitive Agreement and to otherwise proceed to close the Merger. Kyocera's participation in the closing of the Merger is not a waiver of its right to have the Amended Trading Agreement conform to the provisions of the Agreement in Principle. This letter is delivered to satisfy the requirement of Section 5.4(a) of the Definitive Agreement.

Very truly yours,

Bruce W. McRoy

Bruce W. McRoy, of
SPENSLEY HORN JUBAS & LUBITZ

BWM:sy

cc:  B. Lynne Parshall, Esq.
     Nancy E. Smith, Esq.
     Cathryn Gawne-Doxsee, Esq.