**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 19, 2008

Case No.   C 07-6132  MHP             Judge: MARILYN H. PATEL

Title: ANTHONY N. LAPINE -v- KYOCERA CORPORATION

Attorneys:  Plf: Edwards Gergosian, Brooke Hodge
            Dft: Eugene Gulland, Richard Jones

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)  Plaintiff's Motion to Vacate Arbitration

2)  Defendant's Motion to Confirm Arbitration Award

3)  _____

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Motions deemed submitted; Court to issue order.