FILED

08 JUN 23 PM 3: 20

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  EDWARD M. GERGOSIAN (105679)
   ed@gergosian.com
2  ROBERT J. GRALEWSKI, JR. (196410)
   bob@gergosian.com
3  BROOKE E. HODGE (234411)
   brooke@gergosian.com
4  GERGOSIAN & GRALEWSKI LLP
   655 West Broadway, Suite 1410
5  San Diego, CA 92101
   Telephone: (619) 237-9500
6  Facsimile: (619) 237-9555

7  Attorneys for Plaintiff and Claimant
   ANTHONY N. LaPINE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY N. LaPINE, | Case No. CV-07-06132 MHP |
| Plaintiff and Claimant, | **NOTICE OF APPEAL** |
| vs. | Hon. Marilyn H. Patel |
| KYOCERA CORPORATION, | |
| Defendant and Respondent. | |

NOTICE OF APPEAL
Case No. CV-07-06132 MHP

| | |
|---|---|
| 1 | Notice is hereby given that ANTHONY N. LaPINE, plaintiff and claimant in the above |
| 2 | named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the |
| 3 | Order of the United States District Court for the Northern District of California (i) granting |
| 4 | Defendant Kyocera's Motion to Confirm Arbitration Award and (ii) denying Plaintiff LaPine's |
| 5 | Motion to Vacate Arbitration Award dated May 22, 2008 and entered in this action May 23, |
| 6 | 2008. |
| 7 | DATED: June 23, 2008            Respectfully submitted, |
| 8 |                                  GERGOSIAN & GRALEWSKI LLP |
|   |                                  EDWARD M. GERGOSIAN |
| 9 |                                  ROBERT J. GRALEWSKI, JR. |
|   |                                  BROOKE E. HODGE |
| 10 | |
| 11 |                                  _Edward M. Gergosian/AJK_ |
|    |                                  EDWARD M. GERGOSIAN |
| 12 | |
|    |                                  655 West Broadway, Suite 1410 |
| 13 |                                  San Diego, CA 92101 |

- 1 -                                         DOCUMENT TITLE
                                              Case No. CV-07-06132 MHP

## CERTIFICATE OF SERVICE

I certify that I am at least 18 years of age, and not a party to this action, and I am a resident of or employed in the country where the mailing took place. My business address is 655 West Broadway, Suite 1410, San Diego, California 92101.

On June 23, 2008, I served a copy of the following document:

## NOTICE OF APPEAL

by emailing and enclosing it in an envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. I am familiar with this firm's practice of depositing documents for service by mail with the United States postal Service in a sealed envelope with postage fully prepaid.

The envelopes were addressed and mailed as follows:

Eugene D. Gulland
egulland@cov.com
Donald J. Ridings, Jr.
dridings@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Simon J. Frankel (171552)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 23, 2008

_____
Johanna Cervantes

CERTIFICATE OF SERVICE
Case No. CV-07-06132 MHP

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020402
Cashier ID: bucklem
Transaction Date: 06/23/2008
Payer Name: girard gibbs

NOTICE OF APPEAL/DOCKETING FEE
 For: anthony n lapine
 Case/Party: D-CAN-3-07-CV-006132-001
 Amount:         $455.00

CHECK
 Check/Money Order Num: 9482
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

mhp

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```